UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG -7 2007

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:07CR00234 JLH |
| | ) | |
| v. | ) | |
| | ) | |
| MARQUIS D. HUNT | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about July 29, 2005, in the Eastern District of Arkansas, the defendant,

MARQUIS D. HUNT,

having previously been convicted of a felony punishable by a term of imprisonment exceeding one year in Pulaski County, Arkansas on or about July 19, 2002, and again on August 25, 2003, thereafter knowingly possessed a firearm, that is, a Hi Point 40 caliber handgun, serial number 701464, which had been transported and received in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

(END OF TEXT. SIGNATURE PAGE ATTACHED).