**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                              **PLAINTIFF**

**VS.**                                      **NO. 4:07CR00234 JLH**

**MARQUIS D. HUNT**                                                                                  **DEFENDANT**

## ORDER

The Order Setting Conditions of Release (#12) is hereby amended to reflect that Plaintiff is <u>not</u> required to maintain or actively seek employment as stated in Sub-Section (7)(e) of the Order Setting Conditions of Release, due to Plaintiff's home incarceration and restriction to his residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.

All other conditions of release remain in effect.

IT IS SO ORDERED this 18th day of September, 2007.

                                                                                                     UNITED STATES MAGISTRATE JUDGE