IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   NO.  4:07CR00234 |
| | ) |
| MARQUIS HUNT | ) |

**GOVERNMENT'S UNOPPOSED MOTION FOR CONTINUANCE**

This matter is currently set for trial commencing Monday, September 24, 2007.

The United States respectfully requests that a continuance be granted on the grounds that discovery is not complete.  Therefore, the United States respectfully asserts a continuance is necessary and that the resulting period of delay should be excluded from computation for the purposes of the Speedy Trial Act.

Therefore, the United States respectfully requests that its Motion for Continuance be granted.

Respectfully submitted,

JANE W. DUKE
UNITED STATES ATTORNEY

/s/ Angela S. Jegley
By:  ANGELA S. JEGLEY
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the attorney for the defendant.

/s/ Angela S. Jegley
ANGELA S. JEGLEY