IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 4:07CR00234-01 JLH |
| | ) | |
| MARQUIS D. HUNT | ) | |

MOTION FOR BOND REVOCATION

On August 17, 2007, the defendant was released under pretrial supervision provided that he comply with certain conditions. The defendant has failed to comply with certain of those conditions as described in a petition for action on conditions of pretrial release prepared by the supervising United States Pretrial Services Officer Gregg Jumper which is incorporated by reference herein.

THEREFORE, for the above reasons and the reasons set forth in the violation petition, the United States requests that a summons be issued for the defendant and that the defendant's bond be revoked.

Respectfully submitted,

JANE W. DUKE
UNITED STATES ATTORNEY

/s/   Angela S. Jegley
By: ANGELA S. JEGLEY
Assistant U.S. Attorney
Attorney for U.S. Attorney's Office
P.O. Box 1229, Little Rock, AR 72203
501/340-2600
edward.o.walker@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of the Court, which shall send notification of such filing to the following:

/s/ Angela S. Jegley
ANGELA S. JEGLEY