**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                          **PLAINTIFF**

**VS.**                                    **NO. 4:07CR00234-JLH**

**MARQUIS D. HUNT**                                                                   **DEFENDANT**

### ORDER

Following a hearing on the USA's Motion to Revoke Bond (docket entry #18) held on this date, the Court finds that pretrial bond should not be revoked, and the motion is DENIED at this time. The Order Setting Conditions of Release (docket entry #12) is modified to allow Defendant to leave the residence between 9:00 a.m. and 12:00 noon on Monday through Friday for the sole purpose of seeking employment. Defendant will provide documentation of his job search efforts to his Pretrial Services Officer, Gregg Jumper, as instructed. All other conditions of release remain in effect.

IT IS SO ORDERED this 18th day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE