IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   NO.   4:07CR00234 JLH |
| | ) |
| MARQUIS HUNT | ) |

### UNITED STATES' MOTION TO REVOKE BOND

The defendant is currently released on certain conditions as a result of a hearing on a previous motion to revoke wherein the court allowed the defendant to be on home detention for purposes of seeking employment. All other conditions remained in effect. Since that time, the defendant has violated conditions as set forth in a petition prepared by Gregg Jumper under oath which is incorporate herein by reference.

THEREFORE, the United States respectfully requests that a summons be issued and that a hearing be set requiring him to show cause why his bond should not be revoked.

Respectfully submitted,

JANE W. DUKE
UNITED STATES ATTORNEY

/s/ Angela S. Jegley
By:  ANGELA S. JEGLEY
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600

## **CERTIFICATE OF SERVICE**

 I hereby certify that on this 26th day of February, 2008, I filed the foregoing with the district court's electronic filing system and same will forward a copy to the defendant's attorney of record.

        /s/ Angela S. Jegley
        ANGELA S. JEGLEY