IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                                                NO.  4:07CR00234JLH

MARQUIS HUNT

MOTION FOR CONTINUANCE

United States of America by Jane W. Duke, United States Attorney for the Eastern District of Arkansas, and Michael Gordon, Assistant United States Attorney for said District, hereby moves for continuance for the following reason:

1. This case was indicted on August 1, 2007.

2. The Defendant entered a plea of not guilty on August 14, 2007, and demanded a jury trial.  The case was set for jury trial on September 17, 2007.

3. On September 14, 2007, the Defendant filed a Motion for Continuance.  That motion was later granted and trial was reset (and remains set) for April 7, 2008.

4. The undersigned Assistant United States Attorney was recently assigned to this case for trial and entered his appearance with the Court on April 1, 2008.

5. While preparing for trial, the ATF agent assigned to this case had a death in the family, so another agent was assigned to assist with preparations.  During that time, the United States learned that three of the four police officers that are essential to the presentation of the government's case have left the police department.  We have since located one of the officers in Texas but have not been able to contact him as of this date.  The other two officers still have not been located or contacted.

2

6. This case was set for a Change of Plea today at 3:00 p.m., and the United States was just informed that the Defendant has refused to sign the Plea Agreement.

WHEREFORE, the United States requests that this matter be continued and that any delay occasioned thereby be held to be excludable time under the Speedy Trial Act.  This Act provides that any period of delay resulting from any pre-trial motion from the filing of the motion through the conclusion of the hearing shall be held to be excludable time under the Speedy Trial Act.  Title 18, United States Code, Section 3161(h)(3)(a); <u>United States v. Brim</u>, 630 F.2d 1307 (8th Cir. 1980).

## CERTIFICATE OF SERVICE

      I hereby certify that on April 4, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to the following:

Ronald L. Davis, Jr.
Law Firm, PLLC
PO Box 3432
Little Rock, AR 72203

                                                  /s/ Michael Gordon
                                                  MICHAEL GORDON