FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV - 5 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:07CR00234 |
| | ) | |
| v. | ) | |
| | ) | |
| MARQUIS D. HUNT | ) | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about July 29, 2005, in the Eastern District of Arkansas, the defendant,

MARQUIS D. HUNT,

having previously been convicted of a felony punishable by a term of imprisonment exceeding one year in Pulaski County, Arkansas on or about July 19, 2002, and again on August 25, 2003, thereafter knowingly possessed a firearm, that is, a Hi Point 40 caliber handgun, serial number 701464, which had been transported and received in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT 2

On or about July 29, 2005, in the Eastern District of Arkansas, the defendant,

MARQUIS D. HUNT,

knowingly possessed approximately 57 tablets of 3,4-Methylenedioxymethamphetamine (MDMA), also known as "ecstasy," a Schedule I controlled substance, with the intent to distribute

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

On or about July 29, 2005, in the Eastern District of Arkansas, the defendant,

MARQUIS D. HUNT,

knowingly possessed approximately 17 grams of cocaine hydrochloride, a Schedule II controlled substance, with the intent to distribute.

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 4

On or about July 29, 2005, in the Eastern District of Arkansas, the defendant,

MARQUIS D. HUNT,

in furtherance of the drug trafficking crimes alleged in Counts 2 and 3 of the Superseding Indictment, knowingly possessed a firearm, that is, a Hi Point 40 caliber handgun, serial number 701464.

All in violation of Title 18, United States Code, Section 924(c).

(END OF TEXT. SIGNATURE PAGE ATTACHED).