4:07CR234 JLH

May 28, 2013

Judge Holmes:

I am writing this letter to ask for early release of probation. I have been an active member of my community since my release. I have started taking a more active role in the life of my children. I have started my own business Hunts Lawn Service in which I work 6 days a week. I have contracts with established companies such as Liberty Tax Service in Little Rock. I have realized that the life I once lived was not a productive one and I have learned a great lesson from my wrong doings. I am taking an active role in trying to better my life in all aspects including my education. I am in hopes of being accepted in Pulaski Technical College for the fall of 2013.

I have been reporting to my probation officer on a regular basis and have tested clean from all drug usage as well. It is my hope that in reading this letter you will grant me my request.


Sincerely,

*Marquis Hunt*

Marquis Hunt