IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  4:07CR00234 - JLH |
| | ) | |
| MARQUIS HUNT | ) | |

## UNITED STATES' RESPONSE TO HUNT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Hunt has filed a motion for early termination of supervised release.  The Court has ordered the government to respond after conferring with the supervising United States Probation officer concerning the merits of the motion.   For the reasons stated by the probation officer, the United States agrees that Hunt's motion should be granted.

Respectfully submitted,

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

/s/ Angela S. Jegley
By:  ANGELA S. JEGLEY
Bar No. 79100
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Response was filed by the district court's electronic filing system and a copy will be sent electronically to the defendants' attorneys of record, on this 4th day of June, 2013.

/s/ Angela S. Jegley
ANGELA S. JEGLEY